**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jane Doe 134, by and through her
Guardian Mother Doe 134,

       Plaintiff,                            Civil No. 10-3143 (RHK/AJB)

vs.                                    **DISQUALIFICATION AND**
                                                 **ORDER FOR REASSIGNMENT**

Gerald Derstine, Gospel Crusades, Inc.,
Gospel Crusade Ministerial Fellowship,

       Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 2, 2010

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge